THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

|  |  |
|---|---|
| MISSISSIPPI INSURANCE DEPARTMENT, by and through MICHAEL J. CHANEY, Commissioner of Insurance for the State of Mississippi<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; RAND BEERS, in his official capacity as the Secretary of the United States Department of Homeland Security; UNITED STATES FEDERAL EMERGENCY MANAGEMENT AGENCY; W. CRAIG FUGATE, in his official capacity as the Administrator of the United States Federal Emergency Management Agency<br><br>Defendants. | Case No. 1:13-cv-379-LG-JMR |

**DEFENDANTS' RESPONSE TO LOUISIANA DEPARTMENT
OF INSURANCE'S MOTION FOR LEAVE TO
FILE AS AMICUS CURIAE (DE # 36)**

Defendants are in receipt of the Louisiana Department of Insurance's Motion for Leave to File As Amicus Curiae.  *See* DE # 36.  Defendants do not oppose the motion provided that the Court enters an order stating that the memorandum brief will be limited to issues of law raised in the Plaintiff's Motion for Preliminary Injunction.

1

Dated: November 15, 2013          Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

GREGORY K. DAVIS
United States Attorney

STEPHEN R. GRABEN
Assistant United States Attorney
1575 20th Avenue
Gulfport, MS 39501
Phone: (228) 563-1560
Fax: (228) 563-1571
stephen.graben@usdoj.gov
Miss. Bar No.: 4931


/s/ Jennie L. Kneedler
MICHAEL SITCOV
JENNIE L. KNEEDLER
ERIC J. SOSKIN
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel. (202) 305-8662
Fax (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov
D.C. Bar # 500261

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2013 I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to the following:

> Ben H. Stone
> Jonathan P. Dyal
> Karl C. Hightower
> BALCH & BINGHAM
> 1310 Twenty Fifth Ave.
> Gulfport, MS  39501
> Phone: (228) 214-0402
> Fax:  (228) 864-8221
> bstone@balch.com
> jdyal@balch.com
> kchightower@balch.com
>
> Lee Davis Thames, Jr.
> Mississippi Insurance Commission
> Woolfolk Bldg.
> 501 North West St., Ste. 1001
> P.O. Box 79
> Jackson, MS  39025-0079
> Telephone:  (601) 618-3119
> lee.thames@mid.ms.gov
>
> *Attorneys for Plaintiff*

/s/ Jennie L. Kneedler